# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                      Case No.: 8:25-cr-482-JLB-SPF

ROBERT GEORGE OWENS          /

## WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, Robert George Owens, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under 18 U.S.C. §3161 and the United States Constitution up to and including October 31, 2026, regarding the Indictment filed herein.

EXECUTED this __15th__ day of ___June___, 2026.

_____            _____
Robert George Owens                  Ryan J. Maguire, Esq
Defendant                            Assistant Federal Defender
                                     Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael J. Buchanan, AUSA

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org