UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-482-JLB-SPF

ROBERT GEORGE OWENS

**JOINT STATUS REPORT**

In response to the inquiries in the Court's September 11, 2026 order (Doc. 78), the parties file the following status report:

1. **Brief summary of the case's status:**

The defendant, Robert George Owens ("Owens"), was charged along with his codefendant Hannah King in a three-count Indictment. The indictment charges Owens with conspiring to traffic 40 grams or more of a mixture or substance containing a detectable amount of fentanyl and with possession of a firearm and ammunition by a convicted felon. The Government has also provided notice under 21 U.S.C. § 851 of a previous serious drug felony committed by Owens. *See* Doc. 40.

King has pled guilty via a plea agreement.

The case is currently set for the October 2026 trial calendar.

2. **Possibility of a plea agreement as to each defendant:**

Only Robert George Owens remains. The parties continue to negotiate whether Owens will resolve his case via plea agreement or via trial. The Government is willing to extend a plea agreement to Owens, if one is

requested.

3. **Number of days required for trial, for government's case-in-chief:**

Should this case proceed to trial, the Government anticipates that it would need two to three days to try its case in chief.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions. The Government anticipates that Owens will file a motion to continue trial. The Government does not oppose the relief sought by the defendant.

5. **Potential speedy trial problems:**

There are no potential speedy trial problems in this case. Owens has waived speedy trial through October 31, 2026.

The United States has consulted with counsel for the defendant herein and both parties agree to the above content.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael J. Buchanan*
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov

**U.S. v. Robert George Owens** **Case No. 8:25-cr-482-JLB-SPF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Defense Counsel of Record

By: */s/ Michael J. Buchanan*
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov