**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:25-cr-00482-JLB-SPF**

**ROBERT GEORGE OWENS.**
**__________________________________/**

**UNOPPOSED MOTION TO CONTINUE TRIAL TERM**

Defendant, Robert George Owens, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's October 2026 trial term, by two cycles. The Government is not opposed to this request. As grounds in support thereof, Mr. Owens, states

1. Mr. Robert George Owen had his initial appearance and arraignment before Honorable Thomas G. Wilson on September 12, 2025, where he was provided with a copy of complaint. The Court found probably cause and had Mr. Owens detained. Docs.10, 20, and 25.
2. On October 7, 2025, Mr. Owens was charged via five-count indictment with Conspiracy to Distribute 40 grams or more of a Mixture and Substance Containing a Detectable Amount of Fentanyl, in violation of 81 U.S.C. § 846 and 21 U.S.C. 841 (b)(1)(B)(vi). Doc. 27.
3. Mr. Owens has remained detained since his arrest. Doc. 8.
4. There have been four oral motions for continuances of which were

granted by this Court. 49-50, 54-55,58-59, and 70-71.

5. This matter is presently set for October 2026 trial term. Doc 71.
6. The Court entered an endorsed order advising parties to file a joint status report addressing speedy trial issues, if any. Doc. 78.
7. Defense is seeking a two-cycle continuance of trial term to permit defense to continue plea negotiations with the government. The Government is willing to extend a plea agreement, if requested, as such the defense seeks additional time review document with Mr. Owens and advise of appropriate resolution of this case. Doc. 79.
8. Undersigned has conferred with Assistant United States Attorney Michael Buchanan, who has advised that the government does not oppose the relief sought in this motion.
9. Mr. Owens is in agreement with this motion and waives his speedy trial until December 31, 2026.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Owens argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Robert George Owens respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Owens in a speedy trial and enter an Order continuing the trial term to the December 2026 trial term.

DATED this 23rd day of September, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael J. Buchanan, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender