UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:25-cr-482-JLB-SPF**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Government Counsel: Cameron Modine for Michael J. Buchanan**

**v.**

**ROBERT GEORGE OWENS**

**Defendant.**

**Defense Counsel: Ryan J. Maguire**

| | | | |
|---|---|---|---|
| Judge: | **John L. Badalamenti** | Court Reporter: | Lori Cecil Vollmer |
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | November 9, 2026 | Time:<br>Total: | 2:13PM – 2:15PM<br>2 minutes |

Counsel identified for the record.

Counsel advised that he has the authority to waive speedy trial through January 31, 2027. The Court directs counsel to file the written Waiver of Speedy Trial within ten (10) calendar days.

Counsel advised the Court that this matter resolve in a plea. Counsel are directed to file a joint status report on or before January 7, 2027 if the case does not resolve. This case is continued to the JANUARY 2027 trial term commencing January 4, 2027.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the January 2027 trial calendar constitutes excludable time.